## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alfred John Sufka,

       Plaintiff,                    Civil No. 08-337 (RHK/SRN)

vs.                                **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

State of Minnesota,

       Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 8, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge