UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ALFRED JOHN SUFKA,**                            Civil No. 08-337 MJD/SRN

      **Petitioner,**

**v.**

                                                                       **ORDER**

**THE STATE OF MINNESOTA,**

      **Respondent.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 4, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed in forma pauperis, (Docket No. 8), is **DENIED**;

2.  Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **SUMMARILY DENIED**;

3.  This action is **DISMISSED WITH PREJUDICE**.

DATED: April 30, 2008.

                                                  s/Michael J. Davis
                                                  Judge Michael J. Davis
                                                  United States District Court Judge